UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 20-CV-1764 JRT-LIB

| | |
|---|---|
| Jesse G. Sherman,<br><br>      Plaintiff,<br>v.<br><br>Sheffield Financial, LLC,<br><br>      Defendant. | **DECLARATION OF MARK L. VAVRECK** |

Mark L. Vavreck, Esq., being first duly sworn and upon oath, states as follows:

1.  I am the attorney for the Plaintiff in the above entitled action.

2.  Attached hereto as Exhibits are true and correct copies of the following documents:

- Exhibit A – Account Statement for Plaintiff's Account with Defendant, retrieved August 20, 2020

- Exhibit B – Plaintiff's Application for Credit with Defendant and Automatic Payment Agreement, March 26, 2016

- Exhibit C – Divorce Order, In re the Marriage of Amy S Sherman and Jesse G Sherman, April 18, 2018

- Exhibit D – Bankruptcy Petition of Amy S. Sherman, September 4, 2019

- Exhibit E – Deposition of Jesse Sherman, June 10, 2021

- Exhibit F – Deposition of Karen Wiles, June 18, 2021

- Exhibit G – Defendant's Payment Notes, last revised August 19, 2020

- Exhibit H – Defendant's Response to Equifax ACDV, January 17, 2020

- Exhibit I – Deposition of Justin Grimes, June 18, 2021

- Exhibit J - Defendant's Response to Equifax ACDV, January 22, 2020

- Exhibit K - Defendant's Response to Equifax ACDV, January 29, 2020

- Exhibit L – Letter from Kevin T. Duffy to Defendant, February 20, 2020

- Exhibit M – Defendant's Response to Experian ACDV, March 11, 2020

- Exhibit N – ACDV from TransUnion to Defendant, February 28, 2020

- Exhibit O – 2019 Credit Reporting Resource Guide – *Filed Separately Under Seal*

- Exhibit P – Deposition of Brandon S. White, May 27, 2021

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

**GONKO & VAVRECK, PLLC**

 s/ Mark L. Vavreck                               .
Mark L. Vavreck, Esq.
Attorney I.D.#0318619
Designer's Guild Building
401 North Third Street, Suite 640
Minneapolis, MN 55401
Telephone: (612) 659-9500
Facsimile:  (612) 659-9220
mvavreck@mgvlawfirm.com

Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
**CONSUMER JUSTICE CENTER, P.A.** 36 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Email: tommy@consumerjusticecenter.com

2

**ATTORNEY FOR PLAINTIFF**

Dated:  November 1, 2021

**ATTORNEY FOR PLAINTIFF**